IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:26-666 |
| | ) | |
| | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 1546(a) |
| v. | ) | |
| | ) | |
| | ) | |
| **BIRENKUMAR RAMESHBHAI PATEL** | ) | |
| **a/k/a "MIKE PATEL"** | ) | INFORMATION |

BACKGROUND

At times relevant to this Information:

1. The defendant, **BIRENKUMAR RAMESHBHAI, PATEL a/k/a "MIKE PATEL,"** was a naturalized citizen of the United States. One of his known coconspirators, hereinafter "C1," was a foreign national who illegally entered the United States on September 18, 2024. C1 was in the process of being deported and had a scheduled hearing for March 13, 2025.

2. The defendant, **BIRENKUMAR RAMESHBHAI PATEL a/k/a "MIKE PATEL,"** owned and operated a convenience store in Fairfield County, South Carolina. C1 worked as a clerk at that convenience store.

3. U Nonimmigrant Status (U visa) is a temporary U.S. immigration status is set aside for victims of certain crimes who have suffered mental or physical abuse and are helpful to law enforcement or government officials in the investigation or prosecution of criminal activity. Congress created the U visa with the passage of the Victims of Trafficking and Violence Protection Act (including the Battered Immigrant Women's Protection Act) in October 2000. The legislation was intended to strengthen the ability of law enforcement agencies to investigate and prosecute

cases of domestic violence, sexual assault, trafficking of aliens and other crimes, while also protecting victims of crimes who have suffered substantial mental or physical abuse due to the crime and are willing to help law enforcement authorities in the investigation or prosecution of the criminal activity. The legislation also helps law enforcement agencies to better serve victims of crimes.

4. A U visa provides a path to lawful permanent residence in the United States, and therefore a path to U.S. citizenship for qualified applicants. U.S. immigration law allows aliens who have been victims of certain crimes and granted a U visa to become lawful permanent residents (commonly referred to as a "Green Card"). To qualify for a Green Card as a crime victim, you must have U nonimmigrant (U-1) status and meet certain eligibility requirements. U-1 nonimmigrant status is for victims of certain crimes who have suffered substantial physical or mental abuse and are helpful to the investigation or prosecution of the criminal activity.

## COUNT 1
***(Conspiracy)***

THE UNITED STATES ATTORNEY CHARGES:

Beginning at a time unknown to the United States Attorney, but beginning no later than March 9, 2025, and continuing through on or about April 22, 2025 in the District of South Carolina, the Defendant, **BIRENKUMAR RAMESHBHAI PATEL, a/k/a "Mike Patel,"** did conspire, combine, confederate, and agree with others, both known and unknown to the United States Attorney, to knowingly make and subscribe as true under the penalty of perjury statements that were false with respect to a material fact in an application, to wit, an application for a U visa, that is, that C1 was a crime victim and suffered an injury during the alleged crime, which statements the coconspirators knew were false, in that no crime had occurred, in violation of Title 18, United

States Code, Section 1546(a).

In furtherance of the conspiracy and to affect the objects thereof, the following overt acts were committed in the District of South Carolina and elsewhere:

a. On March 9, 2025, **BIRENKUMAR RAMESHBHAI PATEL, a/k/a "Mike Patel,"** and C1 staged a robbery at a convenience store in Fairfield County, South Carolina.

b. The robbery was staged to make it appear that C1, who was the store clerk at the time, was the victim. **BIRENKUMAR RAMESHBHAI PATEL, a/k/a "Mike Patel,"** attempted to disguise himself by covering his face and wearing a jacket with long sleeves. **BIRENKUMAR RAMESHBHAI PATEL, a/k/a "Mike Patel,"** acted as if he were robbing C1.

c. The incident was reported as a crime via a 911 call.

d. When the authorities arrived at the scene, C1 attempted to explain the robbery. C1 did not speak English well, but the officers reviewed a video of the event which appeared to show a robbery. C1 was transported to the hospital.

e. On March 24, 2025, **BIRENKUMAR RAMESHBHAI PATEL, a/k/a "Mike Patel,"**, made an unsolicited donation to the Fairfield County Sherriff's "Christmas party."

f. On March 25, 2025, **BIRENKUMAR RAMESHBHAI PATEL, a/k/a "Mike Patel,"** and C1 requested a copy of the incident report concerning the March 9, 2025 "robbery."

g. On or about April 3, 2025, the conspirators caused a Form I-918 Supplement B certification for C1 to be mailed to the Fairfield County Sheriff's Department requesting that the head of that department sign a form acknowledging that C1 was the victim of a "felonious assault."

h. On April 22, 2025, **BIRENKUMAR RAMESHBHAI PATEL, a/k/a "Mike Patel,"** called the Fairfield Conty Sheriff's office and asked an investigator to speak to "Sam" concerning the March 9, 2025 incident because "Sam" spoke better English and could explain the events more accurately. "Sam" asked that the report read that during the "robbery" C1 saw the barrel of a gun. "Sam" also requested that the report read that C1 was struck on the back of the head did and did suffer from a physical injury.

All in violation of Title 18, United States Code, Section 371.

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: ____s/John C. Potterfield____________
John C. Potterfield, ID No. 6472
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Facsimile: (803) 254-2943
Email: john.potterfield@usdoj.gov