0:26-cr-00666-JFA Date Filed 08/25/26 Entry Number 8 Page 1 of 1

AO 83 (Rev. 08/11) Summons in a Criminal Case (USDC Version)

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
UNITED STATES MARSHAL
12:35 pm, Aug 25 2026
DISTRICT OF SOUTH CAROLINA
COLUMBIA

United States of America
v.
Birenkumar Rameshbhai Patel
*Defendant*

Case No. 0:26-666

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

Place: Matthew J. Perry, Jr. Courthouse
901 Richland St.
Columbia, SC 29201

Courtroom No.: 4
Date and Time: 09/24/2026 01:30 pm

This offense is briefly described as follows:

See Information

Date: 8/25/2026

s/Jennifer Peterson
*Issuing officer's signature*

Robin L. Blume, Clerk of Court
*Printed name and title*

## RETURN OF SERVICE

I declare under penalty of perjury that I have:

☐ Executed and returned this summons
☐ Certified Mailed ___
☐ Signed Receipt Date ___
☐ Signed by ___

☐ Returned this summons unexecuted
☐ Certified Mailed ___
☐ No Response ___
☑ Defendant Appeared ☐ Defendant Failed to Appear

Date: 9/24/26

Kelsey Schwartz
*Server's signature*

Kelsey Schwartz DUSM
*Printed name and title*